IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| TONYA MARIE ARLEDGE v. PRESIDENT GEORGE W. BUSH | ) ) ) ) ) | Case No. CV406-163 |
| TONYA MARIE ARLEDGE v. CITY OF SAVANNAH | ) ) ) ) ) | Case No. CV406-164 |
| TONYA MARIE ARLEDGE v. SHELBY HOOSE | ) ) ) ) ) | Case No. CV406-165 |
| TONYA MARIE ARLEDGE v. ALLISON MARUCA | ) ) ) ) ) | Case No. CV406-166 |
| TONYA MARIE ARLEDGE v. JACK KINGSTON et al. | ) ) ) ) ) | Case No. CV406-174 |
| TONYA MARIE ARLEDGE v. DR. KEITH HALL | ) ) ) ) ) | Case No. CV406-175 |
| TONYA MARIE ARLEDGE v. JOHN T. MULVIHILL | ) ) ) ) ) | Case No. CV406-176 |
| TONYA MARIE ARLEDGE v. PACE MANAGEMENT | ) ) ) ) ) | Case No. CV406-177 |
| TONYA MARIE ARLEDGE v. CHARLIZE THERON | ) ) ) | Case No. CV406-178 |

| | | |
|---|---|---|
| TONYA MARIE ARLEDGE<br>v.<br>DONALD TRUMP | ) ) ) ) ) | Case No.   CV406-179 |
| TONYA MARIE ARLEDGE<br>v.<br>FBI | ) ) ) ) ) | Case No.   CV406-180 |
| TONYA MARIE ARLEDGE<br>v.<br>BEN AFFLECK | ) ) ) ) ) | Case No.   CV406-181 |
| TONYA MARIE ARLEDGE<br>v.<br>CHATHAM COUNTY POLICE<br>DEPARTMENT | ) ) ) ) ) ) | Case No.   CV406-182 |
| TONYA MARIE ARLEDGE<br>v.<br>CUMULUS BROADCASTING, INC. | ) ) ) ) ) | Case No.   CV406-183 |
| TONYA MARIE ARLEDGE<br>v.<br>DR. JOHN FABER | ) ) ) ) ) | Case No.   CV406-184 |
| TONYA MARIE ARLEDGE<br>v.<br>KROGER | ) ) ) | Case No.   CV406-187 |

## O R D E R

After a careful de novo review of the record in this case, the Court concurs with the Magistrate's Report and Recommendation, to which objections have been filed. Accordingly the Report and Recommendation is adopted as the opinion of the Court, and all of the above captioned actions are **DISMISSED WITH PREJUDICE**.

In addition, the Court agrees that it must protect its staff from being mired in the pointless and seemingly endless task of processing Tonya Marie Arledege's voluminous frivolous filings. Consequently, Ms. Arledge must seek leave of the Court before filing any further lawsuits or other pleadings in this District. To that end, the Clerk of the Court is **DIRECTED** to open a miscellaneous file for the purpose of tracking any pleadings submitted by Ms. Arledge. This Order shall be docketed in that file. If Ms. Arledge presents any future pleading to the Clerk of the Court, the Clerk shall receive the pleading and make a notation in the miscellaneous file of such receipt. However, rather than docketing the pleading, the Clerk shall forward it to the undersigned for a determination of whether Ms. Arledge's claims have any arguable merit. Only if the Court allows the pleading to be filed will it be docketed.[1]

SO ORDERED, this 23RD day of August, 2006.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] For the time being, this restriction does not apply to pleadings filed in Ms. Arledge's pending action <u>Arledge v. Potter</u>, Case No. 4:05-CV-161 (S.D. Ga. filed Sep. 7, 2005). However, if Ms. Arledge files a barrage of frivolous motions in that action or attempts to use that action to skirt the restrictions of this Order, the restrictions will be place on her pleadings in that action as well.